UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL W. MOSES

VERSUS

THE HARTFORD INSURANCE COMPANY

CIVIL ACTION

NUMBER 05-1185-FJP-CN

### RULING

This matter is before the Court on The Hartford Insurance Company's ("Hartford") motion for reconsideration of the Court's ruling issued on February 6, 2008.[1]  Plaintiff has filed no opposition to this motion.  The Court's ruling denied Hartford's motion for summary judgment, ordered that the plaintiff's claim for benefits be remanded to Hartford so it could be submitted to the claims review process, and ordered that the case be administratively closed.[2]  The order to remand the case to Hartford and to administratively close the case was based on an erroneous interpretation of the parties' joint stipulation.[3]  Therefore, the Court's ruling shall be vacated insofar as it ordered the plaintiff's claim for benefits remanded to Hartford and ordered that the case be administratively closed.  The Court's ruling denying the defendant's motion for summary judgment shall remain

---

[1] Rec. Doc. No. 49.

[2] Rec. Doc. No. 48.

[3] Rec. Doc. No. 47.

undisturbed.

   IT IS ORDERED that this case should be reopened.

   IT IS FURTHER ORDERED that the case shall be referred to the magistrate judge in order to set new discovery deadlines.

   Baton Rouge, Louisiana, May 20, 2008.

                                   _____
                                   FRANK J. POLOZOLA
                                   MIDDLE DISTRICT OF LOUISIANA